UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH MELVIN COCHRAN,<br><br>                          Plaintiff,<br><br>        -against-<br><br>THE COMMISSIONER OF DEPT. OF CORRECTIONS, ET AL.,<br><br>                          Defendants. | 21-CV-6929 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 26, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 26, 2021
            New York, New York

                                                     /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                               Chief United States District Judge